UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARC BARBATO,

    Plaintiff,

v.                                     Case No:  2:15-cv-810-FtM-38MRM

BOBBIN POOLS LLC,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on review of the Joint Stipulation for Dismissal with Prejudice (Doc. #28) filed on September 27, 2016.

Plaintiff filed this suit on December 29, 2015 to recover wages owed to him under the Fair Labor Standards Act ("FLSA"). (Doc. #1).  On February 8, 2016, Defendant filed its Answer, Affirmative Defenses, and Counter-Claim (Doc. #8), which alleged that Plaintiff was liable for breach of fiduciary duty, tortious interference with a business relationship, unfair competition, slander, and breach of duty of loyalty.

Since then, the parties have resolved their dispute, and in particular have settled Plaintiffs' claims in full without compromise as they relate to the FLSA. Because the parties have resolved their FLSA claims without compromise, the Court need not review and approve the settlement for fairness.  *See Lynn's Food Stores, Inc. v. U.S. Dep't of*

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

*Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982); *King v. My Online Neighborhood, Inc., No. 6:06-cv-435-Orl-22JGG, 2007 WL 737575, at \*3 (M.D. Fla. Mar. 7, 2007)* ("Where the employer offers the plaintiff full compensation on his FLSA claim, no compromise is involved and judicial approval is not required." (citation omitted)).

In addition, Rule 41 of the Federal Rules of Civil Procedure allows a plaintiff to dismiss an action without a court order by "a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii).  Here, the parties agree to dismiss this case with prejudice under Rule 41(a)(1)(A)(ii) and have signed the Stipulation for Dismissal (Doc. #28).  The Court thus dismisses this case with prejudice.

Accordingly, it is now

**ORDERED:**

Joint Stipulation for Dismissal with Prejudice (Doc. #28) is **GRANTED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of September, 2016.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record